IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# CHANGE OF PLEA HEARING

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAHRA MOHAMED NUR,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:  22-cr-224 (2) (NEB/TNL)<br>Date:  September 7, 2023<br>Court Reporter:  Renee Rogge<br>Courthouse:  Minneapolis<br>Courtroom:  13W<br>Time Commenced:  10:05 a.m.<br>Time Concluded:  10:50 a.m.<br>Time in Court:  45 minutes |
|---|---|

APPEARANCES:
  Plaintiff:   Harry Jacobs, Assistant U.S. Attorney
  Defendant:   A.L. Brown and Marcus Almon, Retained Attorneys

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒ Guilty as to Counts 1 and 21 of the Indictment.
☒ Presentence Investigation Report Requested.
☒ Defendant is released on bond conditions.

Date: September 7, 2023

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel